UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 08-50066-LMK |
| | ) | |
| SHORES OF PANAMA, INC., | ) | Chapter 11 |
| _____/ | ) | _____/ |
| | ) | |
| POWER DESIGN, INC., a Florida corporation, | ) | Adversary No. 09-05010-LMK |
| Plaintiff, | | |
| vs. | | |
| SHORES OF PANAMA, INC., a Florida corporation and VISION BANK, N.A., | | |
| Defendants. | | |
| _____/ | | |

### ANSWER TO SILVERTON BRIDGE BANK, N.A'S COUNTERCLAIM FOR INTERPLEADER

Power Design, Inc. (hereinafter "Power Design"), a Florida corporation, by and through its undersigned attorneys, hereby files its Answer to Silverton Bridge Bank, N.A.'s Counterclaim for Interpleader and states as follows:

1. The corresponding paragraph does not require a response from Power Design.

2. Admit.

3. Without knowledge. However, Power Design consents to entry of a final order or final judgment by the bankruptcy court.

4. Without knowledge.

5. Without knowledge.

6. Without knowledge.

7. Without knowledge.

8. Admit.

9.   Admit.

10.  Without knowledge.

11.  Admit.

12.  Without knowledge.

13.  Power Design does not oppose interpleader of the funds.

14.  Power Design does not oppose such an action.

15.  Admit.

16.  Without knowledge.

17.  Admit.

18.  Without knowledge.

19.  Without knowledge.

20.  The corresponding paragraph requires no response from Power Design.

1.   Admit

2.   Admit.

3.   Admit.

4.   Admit on the condition that the funds are interpleaded and deposited in the court registry.

5.   Deny.

(remainder of page intentionally left blank)

WHEREFORE, Plaintiff, POWER DESIGN, INC., a Florida corporation, hereby requests Court determine the extent of Power Design's claim to the interpleaded funds and award Power Design the same amount. Additionally, Power Design seeks an award of interest, costs and attorneys' fees to which it is entitled under state law from the same funds.

Dated this 4th day of December 2009.

By: */s/ Robert S. Jones, II*
ROBERT S. JONES, II, ESQ.
The Law Offices of Bobby Jones, P.A.
P.O. Box 17431
Clearwater, Florida 33762
Phone No.: (727) 571-1333
Fax No.: (727) 573-1321
Attorney for Power Design, Inc.
FBN: 725196

*and*

BRIAN G. RICH, ESQ.
Berger Singerman, P.A.
125 S. Gadsden Street
Suite 300
Tallahassee, Florida 32301
Phone No.: (850) 561-3010
Fax No.:    (850) 561-3013
Attorney for Power Design, Inc.
FBN: 38229

S:\Bobby Jones, P.A\Power Design\Shores of Panama - CF Jordan\Bankruptcy by Shores of Panama\Adversary Proceeding by Power Design\Pleadings\Answer to Silverton Interpleader Counterclaim.wpd

Page 3 of 3